IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES A. WILLOUGHBY, Jr., et. al                                           PLAINTIFF

VS.                                NO. 4:06CV01584GTE

UPS GROUND FREIGHT, INC.                                                   DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

The Court is advised that plaintiffs and defendant, have entered into a settlement agreement, and that the plaintiffs' cause of action against defendant should be dismissed with prejudice.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that plaintiffs' complaint against defendant, and all of plaintiffs' causes of action should be, and hereby are, dismissed, with prejudice.

_____
~~CIRCUIT~~T JUDGE

Approved as to form:                             Date: Dec. 20, 2007

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

By _____
   Jerry J. Sallings (84134)
   Attorneys for defendant

DUDLEY & COMPTON
114 South Pulaski
Little Rock, Arkansas 72201

By _____
   Mr. Timothy O. Dudley
   Attorney for Plaintiffs

733671-v1